**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Sean D. Muntz, California Bar No. 223549
John C. Hedger, California Bar No. 230814
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:      (415) 675-3400
Facsimile:      (415) 675-3434
Email:      scott.greene@bryancave.com
      sean.muntz@bryancave.com
      hedgerj@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. (erroneously named as Chase Bank); and QUALITY LOAN SERVICE CORP., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH O. OIYEMHONLAN, *an individual* and MARTHA OIYEMHONLAN, *an individual*, <br><br> Plaintiffs, <br><br> vs. <br><br> JP MORGAN MORTGAGE ACQUISITION CORP., *business entity unknown*; QUALITY LOAN SERVICE CORP., *business entity unknown*; and DOES 1 through 100, <br><br> Defendants. | Case No. 3-11-CV-06622 EDL <br><br> **JOINT STIPULATION TO MODIFY PRIOR ORDER ON STAY OF PROCEEDINGS FOR SIXTY DAYS AND ~~[PROPOSED]~~ ORDER** <br><br> Judge:     Magistrate Elizabeth D. LaPorte <br><br> Date Action Filed:      November 18, 2011 <br> Date Action Removed:   December 22, 2011 |

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

BRYAN CAVE LLP
333 MARKET STREET, 25ᵀᴴ FLOOR
SAN FRANCISCO, CA 94105

1    **STIPULATION**

2        Plaintiffs Joseph and Martha Oiyemhonlan ("Plaintiffs") and Defendants JP MORGAN

3    CHASE BANK, N.A, ("Chase") and QUALITY LOAN SERVICE CORP., INC. (collectively

4    "Defendants") by and through their respective counsel, STIPULATE and AGREE as follows:

5        WHEREAS Plaintiffs filed a complaint in the Superior Court of the County of Alameda

6    on November 18, 2011;

7        WHEREAS, on November 22, 2011 in the Superior Court of the County of Alameda,

8    Plaintiffs obtained an *ex parte* temporary restraining order ("TRO") enjoining the Trustee's sale of

9    the real property  at 27535 Orlando Avenue in Hayward, California (the "Property");

10        WHEREAS Defendants removed the action to this Court pursuant to the provisions of 28

11    U.S.C.section 1441(b) on December 22, 2011;

12        WHEREAS Defendants filed a Motion to Dismiss Plaintiffs' Complaint on December 29,

13    2011;

14        WHEREAS the parties previously stipulated to stay all proceedings in this matter until

15    March 19, 2012, including hearings, briefings, appearances and any other deadlines imposed by

16    law or the Court, pending a determination by Defendant Chase of Plaintiffs' suitability for loan

17    modification, which is economically and judicially efficient;

18        WHEREAS Chase has evaluated Plaintiffs for a loan modification and offered a loan

19    modification to Plaintiffs that has yet to be accepted;

20        WHEREAS the hearing on Defendants' Motion to Dismiss is set for April 24, 2012;

21        WHEREAS the Case Management Conference is presently scheduled for April 24, 2012.

22        WHEREAS the parties stipulate and agree that Plaintiffs' time to file an Opposition to

23    Defendants' Motion to Dismiss is extended to April 2, 2012;

24        WHEREAS the parties further stipulate and agree that Defendants' time to file a reply in

25    support of their Motion to Dismiss will be extended to April 9, 2012;

26        WHEREAS the parties further stipulate and agree that the extensions of time related to

27    filings requested herein are not requested for purposes of delay and will not result in any prejudice

28    to the parties or to the Court;

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiffs and Defendants, by and through their respective counsel, and the Court is respectfully requested to amend its prior order so that:

1.      The deadline for Plaintiffs to file their Opposition to the Motion to Dismiss shall be extended to April 2, 2012;

2.      The deadline for Defendants to file their reply to Plaintiffs' Opposition to the Motion to Dismiss shall be extended to April 9, 2012;

3.      The hearing on the motion to dismiss shall remain as set for April 24, 2012;

4.      The case management conference shall remain as set for April 24, 2012;

5.      The TRO obtained by Plaintiffs in the Superior Court in the County of Alameda shall remain in effect until this Court makes a determination on the TRO, or by further agreement by the parties.

**IT IS SO STIPULATED.**


Dated:  March 26, 2012                        **BEDI & JOHNSON**


                                              By:   /s/ Ginny Bedi
                                                    Ginny Bedi
                                              BEDI & JOHNSON LLP
                                              Attorneys for Plaintiffs
                                              JOSEPH and MARTHA OIYEMHONLAN


Dated:  March 26, 2012                        **BRYAN CAVE LLP**


                                              By:   /s/ John C. Hedger
                                                    John C. Hedger
                                              Attorneys for Defendant
                                              JPMORGAN CHASE BANK, N.A and QUALITY
                                              LOAN SERVICE CORP., INC.

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2       I, John C. Hedger, attest that concurrence in the filing of this document has been obtained

3  from each of the signatories.  I declare under penalty of perjury under the laws of the United States

4  of America that the foregoing is true and correct.  Executed on March 26, 2012, at San Francisco,

5  California.

6

7                                      ____/s/  John C. Hedger_____

8                                              John C. Hedger

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA  94105

JOINT STIPULATION TO MODIFY PRIOR ORDER ON STAY OF PROCEEDINGS
CASE NO. 3-11-CV-06622 EDL

# [PROPOSED] ORDER

The Court, having reviewed the parties' Stipulation, hereby orders as follows:

1.     The deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss is extended to April 2, 2012

2.     The deadline for Defendants to file their Reply to Plaintiffs' Opposition to the Motion to Dismiss shall be extended to April 9, 2012;

3.     The hearing on the motion to dismiss shall remain set for April 24, 2012;

4.     The case management conference shall remain set for April 24, 2012.

5.     The TRO shall remain in effect until further determination by this Court on the TRO if the hearing date is re-noticed by Plaintiffs or by further agreement of the parties;

**IT IS SO ORDERED.**

Dated: March 29, 2012

By: _Elijah D. Laporte_

MAGISTRATE
JUDGE OF THE U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105