1  **BRYAN CAVE LLP**
   C. Scott Greene, California Bar No. 277445
2  Sean D. Muntz, California Bar No. 223549
   John C. Hedger, California Bar No. 230814
3  333 Market Street, 25th Floor
   San Francisco, CA 94105
4  Telephone:  (415) 675-3400
   Facsimile:  (415) 675-3434
5  Email:      scott.greene@bryancave.com
               sean.muntz@bryancave.com
6              hedgerj@bryancave.com

7  Attorneys for Defendants
8  JPMORGAN CHASE BANK, N.A. (erroneously named as Chase Bank); and QUALITY LOAN
   SERVICE CORP., INC.
9

10                          **UNITED STATES DISTRICT COURT**

11                         **NORTHERN DISTRICT OF CALIFORNIA**

12 | JOSEPH O. OIYEMHONLAN, *an individual* and | Case No. 3-11-CV-06622 EDL
13 | MARTHA OIYEMHONLAN, *an individual*, |
14 |                Plaintiffs, | **JOINT STIPULATION TO MODIFY PRIOR ORDER ON STAY OF**
15 |        vs. | **PROCEEDINGS FOR SIXTY DAYS AND [PROPOSED] ORDER**
16 | JP MORGAN MORTGAGE ACQUISITION
17 | CORP., *business entity unknown*; QUALITY LOAN SERVICE CORP., *business entity
18 | unknown*; and DOES 1 through 100, | Judge:   Magistrate Elizabeth D. LaPorte
19 |                Defendants. | Date Action Filed:    November 18, 2011
                                   Date Action Removed: December 22, 2011

C022167C022167/0331058/59482.1                    1

CASE NO. 3-11-CV-06622 EDL

JOINT STIPULATION TO MODIFY PRIOR ORDER ON STAY OF PROCEEDINGS

**STIPULATION**

Plaintiffs Joseph and Martha Oiyemhonlan ("Plaintiffs") and Defendants JP MORGAN CHASE BANK, N.A, ("Chase") and QUALITY LOAN SERVICE CORP., INC. (collectively "Defendants") by and through their respective counsel, STIPULATE and AGREE as follows:

WHEREAS Plaintiffs filed a complaint in the Superior Court of the County of Alameda on November 18, 2011;

WHEREAS, on November 22, 2011 in the Superior Court of the County of Alameda, Plaintiffs obtained an *ex parte* temporary restraining order ("TRO") enjoining the Trustee's sale of the real property at 27535 Orlando Avenue in Hayward, California (the "Property");

WHEREAS Defendants removed the action to this Court pursuant to the provisions of 28 U.S.C.section 1441(b) on December 22, 2011;

WHEREAS Defendants filed a Motion to Dismiss Plaintiffs' Complaint on December 29, 2011;

WHEREAS the parties previously stipulated to stay all proceedings in this matter until March 19, 2012, including hearings, briefings, appearances and any other deadlines imposed by law or the Court, pending a determination by Defendant Chase of Plaintiffs' suitability for loan modification, which is economically and judicially efficient;

WHEREAS Chase has evaluated Plaintiffs for a loan modification and offered a loan modification to Plaintiffs that has yet to be accepted;

WHEREAS the hearing on Defendants' Motion to Dismiss is set for April 24, 2012;

WHEREAS the Case Management Conference is presently scheduled for April 24, 2012.

WHEREAS the parties stipulate and agree that Plaintiffs' time to file an Opposition to Defendants' Motion to Dismiss is extended to April 2, 2012;

WHEREAS the parties further stipulate and agree that Defendants' time to file a reply in support of their Motion to Dismiss will be extended to April 9, 2012;

WHEREAS the parties further stipulate and agree that the extensions of time related to filings requested herein are not requested for purposes of delay and will not result in any prejudice to the parties or to the Court;

**IT IS THEREFORE STIPULATED AND AGREED** by Plaintiffs and Defendants, by and through their respective counsel, and the Court is respectfully requested to amend its prior order so that:

1. The deadline for Plaintiffs to file their Opposition to the Motion to Dismiss shall be extended to April 2, 2012;
2. The deadline for Defendants to file their reply to Plaintiffs' Opposition to the Motion to Dismiss shall be extended to April 9, 2012;
3. The hearing on the motion to dismiss shall remain as set for April 24, 2012;
4. The case management conference shall remain as set for April 24, 2012;
5. The TRO obtained by Plaintiffs in the Superior Court in the County of Alameda shall remain in effect until this Court makes a determination on the TRO, or by further agreement by the parties.

**IT IS SO STIPULATED.**

Dated:  March 26, 2012         **BEDI & JOHNSON**

                               By:  /s/ Ginny Bedi
                                    Ginny Bedi
                               BEDI & JOHNSON LLP
                               Attorneys for Plaintiffs
                               JOSEPH and MARTHA OIYEMHONLAN

Dated:  March 26, 2012         **BRYAN CAVE LLP**

                               By:  /s/ John C. Hedger
                                    John C. Hedger
                               Attorneys for Defendant
                               JPMORGAN CHASE BANK, N.A and QUALITY
                               LOAN SERVICE CORP., INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, John C. Hedger, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2012, at San Francisco, California.

_____/s/_ John C. Hedger_____
John C. Hedger

## ~~[PROPOSED]~~ ORDER

The Court, having reviewed the parties' Stipulation, hereby orders as follows:

1. The deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss is extended to April 2, 2012

2. The deadline for Defendants to file their Reply to Plaintiffs' Opposition to the Motion to Dismiss shall be extended to April 9, 2012;

3. The hearing on the motion to dismiss shall remain set for April 24, 2012;

4. The case management conference shall remain set for April 24, 2012.

5. The TRO shall remain in effect until further determination by this Court on the TRO if the hearing date is re-noticed by Plaintiffs or by further agreement of the parties;

**IT IS SO ORDERED.**

Dated: March 29, 2012

By: _Elijah D. Laporte_
MAGISTRATE
JUDGE OF THE U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105