IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH O OIYEMHONLAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CHASE BANK,<br><br>  Defendants. | No. 11-06622 EDL<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO CONTINUE HEARING** |

On April 23, 2012, Plaintiffs' counsel filed a request to continue the hearing on Defendants' Motion to Dismiss set for April 24, 2012 at 9:00 a.m. because Plaintiffs have decided to explore settlement. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED, and the hearing is continued for one week, to May 1, 2012, at 2:00 p.m.

Dated: April 23, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge