IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH O OIYEMHONLAN,

    Plaintiff,

v.

CHASE BANK,

    Defendants.

No. 11-06622 EDL

**ORDER GRANTING AMENDED REQUEST**

The Court has previously granted Plaintiffs' request to continue the hearing on Defendants' Motion to Dismiss to May 1, 2012, at 2:00 p.m. Plaintiffs then filed an amended request seeking an order that the stay remain in place until the continued hearing date. Good cause appearing, it is so ordered.

Dated: April 25, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge